NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC D. SAUERS, )
)
       Appellant, )
)
v. )     Case No. 2D17-2341
)
DONALD H. SAUERS, as Personal )
Representative of the Estate of )
WILLIAM F. SAUERS, )
)
)
       Appellee. )
_____ )

Opinion filed March 2, 2018.

Appeal from the Circuit Court for Manatee
County; Gilbert A. Smith, Judge.

Mary R. Hawk of Porges Hamlin, Knowles
& Hawk, P.A., Bradenton, for Appellant

Douglas R. Bald of Fergeson Skipper, P.A.,
Sarasota, for Appellee.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and KHOUZAM, and LUCAS, JJ., Concur.